IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| DANNY CHRIS BERRY, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) CIV-14-0071-R |
| | ) |
| MICHELLE LYNN NOAH, | ) |
| | ) |
| Defendant. | ) |

## ADMINISTRATIVE CLOSING ORDER

As the parties have reached a settlement and compromise of this matter, it is ordered that the Clerk administratively terminate this action in his records without prejudice to the rights of the parties to file any stipulation or dismissal, or to seek any order required to obtain a final determination of this proceedings based on the settlement.

It the parties have not filed any such document within 30 days of this date for the purpose of dismissal pursuant to the settlement and compromise, Plaintiff's action shall, at that time, be deemed dismissed with prejudice. The Court retains jurisdiction over the parties and the subject matter for the purpose of enforcement of any settlement agreement by summary process if necessary and appropriate.

**IT IS SO ORDERED** this 22nd days of September, 2014.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE