IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.  DANNY CHRIS BERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | Case No. 5:14-cv-00071-R |
| | ) | |
| 1.  MICHELLE LYNN NOAH and | ) | |
| 2. STATE FARM MUTUAL | ) | |
| AUTOMOBILE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff , Danny Chris Berry, and Defendants, Michelle Lynn Noah and  State Farm

Mutual Automobile Insurance Company, jointly stipulate to dismissal with prejudice of all

Plaintiff's claims against the Defendants.

Respectfully submitted this 9th day of October, 2014.

S/ Rex D. Brooks
REX D. BROOKS          OBA # 1165
Attorney for the Plaintiff
1904 N. W. 23rd Street
Oklahoma City, OK 73106
Phone No.  (405) 525-2200
FAX No.   (405) 525-2214
E-mail   brookslaw@coxinet.net

And

s/ Christopher C. King
_____

Christopher C. King      OBA #18578
Bradley E. Bowlby        OBA # 22847
McGivern & Gilliard
P.O. Box 2619
Tulsa OK 74101-2619
Telephone: (918) 584-3391
Facsimile: (918) 592-2416
Email: kking@mcgivernlaw.com
Email: bbowlby@mcgivernlaw.com
**ATTORNEYS FOR THE DEFENDANT
MICHELLE LYNN NOAH**

And

**s/** Joseph T. Acquaviva, Jr.
_____

Joseph T. Acquaviva, Jr.    OBA# 11743
Wilson, Cain & Acquaviva
300 Northwest 13th Street, Suite 100
Oklahoma City OK 73103
Telephone (405) 236-2600
Facsimile (405) 231-0062
Email: JTAcqua@aol.com
**ATTORNEY FOR DEFENDANT STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on October 9, 2014, I electronically transmitted the above attached document

to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the

Clerk of Court will transmit a Notice of Electronic Filing to the following ECF Registrants:

Joseph T. Acquaviva, Jr.
JTAqua@aol.com , marshaw@wcalaw.com
Wilson Cain and Acquaviva
300 N. W. 13th Street, Suite 100
Oklahoma City, OK 73103


Christopher C. King
Bradley E. Bowlby
kkng@mcgivernlaw.com , dkulidov@mcgivernlaw.com , lyauneridge@mcgivernlaw.com
bbowlby@mcgivernlaw.com
McGivern & Gillard
P. O. Box 2619
Tulsa, OK 74101-2619


                                        S/ Rex D. Brooks_____